**Andrew FLYTHE, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Department of Corrections, Respondent–Appellee.**

No. 01–6496.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Andrew Flythe, pro se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Andrew Flythe seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).\* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Flythe v. Angelone,* No. CA–00–537 (E.D.Va. Mar. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* The parties consented to the jurisdiction of the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).